UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | **3:05cr00391-07** |
| **MICHAEL EARL SMITH** | ) | |

UPON ORAL MOTION of the Defendant Michael Earl Smith in open court on July 18, 2006, the United States Marshal for the Western District of North Carolina is directed to return the Defendant to the Southern District of Florida for service of process on an outstanding warrant for arrest.

IT IS SO ORDERED, this the 27th day of July 2006.

FRANK D. WHITNEY
United States District Judge