# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | DOCKET NO. 3:05cr391-7 |
| V. | ORDER |
| MICHAEL EARL SMITH | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's Motion for Early Termination of Supervised Release. The United States Attorney's Office and Probation Officer are not opposed to the granting of the Motion for Early Termination of Supervised Release.

**IT IS ORDERED**, that the Defendant's Motion for Early Termination of Supervised Release is **GRANTED**.

Signed: November 17, 2022

Frank D. Whitney
United States District Judge